**Dated: April 25, 2016**
**The following is SO ORDERED:**

_____
David S. Kennedy
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| In Re: | Case No. 15-31603 |
| Monica Jones, | Chapter 13 |
| Debtor. | Judge |

**AGREED ORDER PROVIDING FOR LOAN MODIFICATION AND MODIFYING PLAN AS TO SETERUS, INC. REGARDING REAL PROPERTY LOCATED AT 4874 PHIPPS DRIVE, MEMPHIS, TENNESSEE 38125**

COME NOW, Seterus, Inc., and the Debtor herein, by and through counsel, and agree as follows:

1. That Seterus, Inc. and the Debtor will be allowed to modify the terms of their first mortgage loan for the remaining life of the current bankruptcy case.

2. That the ongoing mortgage payment of $526.57 will be changed to $468.09 (reflecting principal and interest only), beginning February 1, 2016.

3. That the arrears owed to Seterus Inc., will be capitalized into the loan and deleted from the Chapter 13 plan.

  4. That the Debtor will continue ongoing mortgage payments to Seterus, Inc., outside of the Chapter 13 plan

  5. That the Debtor will be directly responsible for all future property taxes and hazard insurance direct to the proper authorities.

  6. That the Trustee will make the necessary adjustments to effectuate this Order.


APPROVED FOR ENTRY:


/s/ J. Zachary DeFoor
J. Zachary DeFoor
Attorney for Seterus, Inc.
Law Offices of Shapiro & Ingle, LLP
10130 Perimeter Parkway, Suite 400
Charlotte, NC 28216
Phone: (704)333-8107
Fax: (704) 333-8156



/s/ James A. Cohen
Attorney for Debtor
James A. Cohen
200 Jefferson Ave, Suite 925
Memphis, TN 38103
Phone: 901-527-9028
jcohen@cohenandfila.com



  /s/ George W. Stevenson
George W Stevenson
Chapter 13 Trustee
5350 Poplar Avenue
Suite 500
Memphis, TN 38119-3697
Phone: (901) 821-2400

Entities to be Served:

    James A. Cohen
    200 Jefferson Ave, Suite 925
    Memphis, TN 38103

    Monica Jones
    4874 Phipps Drive
    Memphis, TN 38125

    George W Stevenson
    5350 Poplar Avenue
    Suite 500
    Memphis, TN 38119-3697